IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES H. ROGERS,<br>                Plaintiff<br><br>vs.<br><br>SCI PGH WESTERN PENITENTIARY,<br>Northside of Pgh/MHU Unit; C.O.<br>SMITTY, MHU Correctional Officer; C.O.<br>TERRI, MHU Correctional Officer; C.O.<br>RJ, MHU Correctional Officer; MHU TECH<br>ANDRE; MENTAL HEALTH TECH JB;<br>MHU TECH TRACI; MHU TECH TROY;<br>NURSE BILL; NURSE JOE,<br>                Defendants | Civil Action No. 10-131E<br>Chief U.S. District Judge Gary L. Lancaster/<br>Chief U.S. Magistrate Judge Amy Reynolds Hay |

## **ORDER**

AND NOW, this 25th day of August, 2010, after the Plaintiff, James H. Rogers, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until August 9, 2010, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that this matter is dismissed for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P..

_____
GARY L. LANCASTER
Chief United States District Judge

cc: Honorable Amy Reynolds Hay
Chief United States Magistrate Judge

James H. Rogers
FE-9381
SCI Albion
10745 Rt 18
Albion, PA 16475

All Counsel of Record by electronic filing